**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00060-HDM-NJK |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| WALID H. ABDULLA, | ) | |
| Defendants. | ) | |

Before the court is plaintiff's motion for extension to file pre-sentencing motions (ECF No. 46). Good cause appearing, IT IS HEREBY ORDERED that plaintiff is **GRANTED** an extension to file pre-sentencing motions.

IT IS FURTHER ORDERED plaintiff shall have until Friday, October 13, 2017 to file pre-sentencing motions in the instant matter.

IT IS SO ORDERED.

DATED: This 6th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

1